SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 MAR 20 PM 12:23

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOHN DOE # 1
a/k/a the user of IP Address
69.207.147.71 on November 19, 2012

JOHN DOE #2
a/k/a the user of IP Address
24.154.177.245 on November 27, 2012

JOHN DOE #3
a/k/a the user of IP Address
99.73.230.93 between November 20, 2012, and December 2, 2012

Defendants.

8:13CR108
**INDICTMENT**
**UNDER SEAL**

18 U.S.C. § 2252A(a)(2)&(b)(1)
18 U.S.C. § 2252A(a)(5)(B)

The Grand Jury charges:



8:13-cr-00108-JFB-TDT Doc # 1-1 Filed: 03/20/13 Page 2 of 7 - Page ID # 199



**COUNT I**

On or about between November 18, 2012, and December 2, 2012, including the respective dates charged in the table below, in the District of Nebraska and elsewhere, JOHN DOES 1 – 3, a/k/a the users of the respective IP Addresses on the dates charged herein, knowingly received and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and any

material that contains child pornography that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2) & (b)(1).

| **Defendant** | **Date(s) Charged** |
|---|---|
| JOHN DOE #1 a/k/a user of IP Address 69.207.147.71 on November 19, 2012 | November 19, 2012 |
| JOHN DOE #2 a/k/a user of IP Address 24.154.177.245 on November 27, 2012 | November 27, 2012 |
| JOHN DOE #3 a/k/a user of IP Address 99.73.230.93 between November 20, 2012, and December 2, 2012 | November 20, 2012<br>November 26, 2012<br>November 27, 2012<br>November 28, 2012<br>November 30, 2012<br>December 2, 2012 |

**COUNT II**

On or about between November 18, 2012, and December 2, 2012, in the District of Nebraska and elsewhere, JOHN DOES 1 – 3, a/k/a the users of the respective IP Addresses on the dates charged herein, knowingly accessed with intent to view, a computer disk and any other material that contained an image of child pornography, as defined in Title 18 United States Code Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

| **Defendant** | **Date(s) Charged** |
|---|---|
| JOHN DOE #1 a/k/a user of IP Address 69.207.147.71 on November 19, 2012 | November 19, 2012 |
| JOHN DOE #2 a/k/a user of IP Address 24.154.177.245 on November 27, 2012 | November 27, 2012 |
| JOHN DOE #3 a/k/a user of IP Address 99.73.230.93 between November 20, 2012, and December 2, 2012 | November 20, 2012<br>November 26, 2012<br>November 27, 2012<br>November 28, 2012<br>November 30, 2012<br>December 2, 2012 |

**FORFEITURE ALLEGATION**

Upon conviction for violating an offense involving a visual depiction described in Title 18, United States Code, Section 2252A, JOHN DOES 1 – 3, a/k/a the users of the respective IP Addresses on the dates charged herein, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid to violation.

In violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant United States Attorney

KEITH A. BECKER
Trial Attorney