SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 APR 16 AM 11:48

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK COTTOM<br>a/k/a the user of IP Address<br>69.207.147.71 on November 19, 2012<br><br>JOHN DOE #2<br>a/k/a the user of IP Address<br>24.154.177.245 on November 27, 2012<br><br>KEVIN M. PITMAN<br>a/k/a the user of IP Address<br>99.73.230.93 between November 20, 2012,<br>and December 2, 2012<br><br>Defendants. | 8:13CR108<br><br>NOTICE:<br>SUMMARY FOR<br>SUPERSEDING INDICTMENT |

COMES NOW the United States of America, plaintiff herein, by and through the undersigned Assistant United States Attorney, and pursuant to local Rule of Criminal Procedure 7.2, provides this summary of changes made in the Superseding Indictment:

The Superseding Indictment changes the names of John Doe #1 to KIRK COTTOM, and John Doe #3 to KEVIN M. PITMAN.

DATED this ___ day of April, 2013.

Respectfully submitted,

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney

By: MICHAEL P. NORRIS (#17765)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

And

KEITH A. BECKER
DOJ Trial Attorney