IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>KIRK COTTOM,<br>        Defendant. | 8:13CR108<br><br>ORDER |

This matter comes before the court on the defendant's, Kirk Cottom, request for access to the filings in this matter. Currently this matter is sealed and the defendant is unable to access the filings. The court finds the defendant shall have copies of the following documents: Filing Nos. 1-2; 5-7; 10; 12; 15; 17-20; 23; page one of Filing Nos. 3 and 8; and pages one and two of Filing No. 4. Further the defendant shall have copies of the following text orders: Filing Nos. 16 and 22.

**IT IS ORDERED** that the Clerk of Court is directed to fax or email the above-referenced documents and text orders to the defendant's attorney, Joseph F. Gross, Jr. at 402.391.6221 or jfgross@tgplaw.com.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to Joseph F. Gross, Jr.

**IT IS FURTHER ORDERED** that until this matter is unsealed, all documents shall be delivered to the Clerk for filing.

Dated this 7th day of May, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge