# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KIRK COTTOM,<br>JOHNDOE #2, and<br>KEVIN M. PITMAN,<br><br>           Defendants. | 8:13CR108<br><br>ORDER |

This matter is before the court on the government's motion (Filing No. 57) to provide a global response to all defendants' motions following the expiration of the pretrial motion deadline on October 18, 2013. The motion is granted and the government shall file its omnibus response to all defendants' motions **on or before November 1, 2013**.

**IT IS SO ORDERED**.

Dated this 16th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge