## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:13CR108 |
| vs. | ) | ORDER |
| **KIRK COTTOM,** | ) | |
| **DAVID SMITH and** | ) | |
| **KEVIN M. PITMAN,** | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motions to continue the suppression hearing by defendants Kirk Cottom (Cottom) (Filing No. 81) and Kevin Pitman (Pitman) (Filing No. 82) scheduled for November 26, 2013. Since the third defendant, David Smith (Smith), was recently arrested and is due for arraignment on November 25, 2013, Cottom's and Pitman's motion to continue the suppression hearing will be granted. The suppression hearing on their motion to suppress will be rescheduled following the arraignment of Smith on November 25, 2013.

**IT IS SO ORDERED.**

DATED this 20th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge