IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>RUSSELL GLENN PIERCE,<br>DAVID WILLIAM PEER,<br>WARREN TIDWELL,<br>JOSHUA WELCH and<br>THOMAS SPENCER,<br><br>        Defendants. | 8:13CR106 |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>VINCENT DIBERARDINO,<br>MICHAEL HUYCK,<br>ANTHONY LAURITA,<br>BRANDON MOORE,<br>JOHN SEBES and<br>GARY REIBERT,<br><br>        Defendants. | 8:13CR107 |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>KIRK COTTOM,<br>DAVID SMITH and<br>KEVIN M. PITMAN<br><br>        Defendants. | 8:13CR108 |

These matters are before the court on motions for an extension of time to file objections to the magistrate's Report and Recommendation on the motions to suppress by defendant Peer in 8:13CR106 (Filing No. 208) and by defendant Cottom in 8:13CR108 (Filing No. 149). The motions will be granted. Furthermore, to avoid the filing of identical motions by the various defendants, the court will extend the time **to August 22, 2014**, for **all defendants in all the above-captioned cases** to file their objections to the magistrate judge's July 28, 2014, Report and Recommendation concerning the NIT warrants suppression issues**.** The government shall have **to on or before September 12, 2014**, to file an omnibus response.

**IT IS SO ORDERED.**

DATED: August 6, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge