IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 8:13CR00108 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR *Daubert* Hearing** |
| | ) | **AND FOR THE EXCLUSION OF** |
| KIRK COTTOM, | ) | **EXPERT WITNESS TESTIMONY** |
| | ) | |
| Defendant. | ) | |

Comes now the Defendant, Kirk J. Cottom, by his court appointed counsel of record, Joseph F. Gross, Jr., and by filing this motion pursuant to *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and *Kumho Tire Co. v. Carmichael*, 523 U.S. 137 (1999), requests that this Court grant a pretrial hearing to determine the admissibility of scientific or technical evidence to be offered by the government on the issue of identification in the form of a network investigation technique (NIT).

In support of this Motion and in accordance with NECrimR 12.3(b), counsel submits a supporting brief.

                                                   KIRK COTTOM, Defendant

By:   /s/ Joseph F. Gross, Jr.
       Joseph F. Gross, Jr., #14690
For:  Timmermier, Gross & Prentiss
       8712 W. Dodge Rd., Ste. 401
       Omaha, NE 68114
       (402) 391-4600
       (402) 391-6221 (FAX)
       jfgross@tgplaw.com

## CERTIFICATE OF SERVICE

I, Joseph F. Gross, Jr., hereby certify that a copy of the foregoing Motion For Hearing was served on the parties on December 1, 2014, via the Court's ECF system:

Michael P. Norris
U.S. Attorney's Office – Omaha
Michael.norris@usdoj.gov

Keith A. Becker
U.S. Department of Justice
Child Exploitation Section
Keith.Becker@usdoj.gov

Sarah Chang
U.S. Department of Justice
sarah.chang@usdoj.gov

Julie A. Frank
jfrank1@cox.net

Stephen M. Misko
pennlawllc@gmail.com

I further certify that a copy of the foregoing Motion For Hearing was served on the parties on December 1, 2014, via electronic mail:

Stuart Dornan
stu@dltlawyers.com

Jerry Hug
jmhug@cox.net

Joseph Howard
jhoward@dltlawyers.com

Mark Bubak
markb294@cox.net
bubaklaw@me.com

James J. Regan
jr@jreganlaw.com

Woody Bradford
wbradford@bradfordcoenen.com

Wesley S. Dodge
wesdodge@wesdodgelaw.com

Allan Sodomsky
snlaw@sodomskyandnigrini.com

John Rion
jrion@rionlaw.com

Glen Shapiro
sgnomercy@yahoo.com

Joshua Rydell
rydellj@gmail.com

Jerry Sodomsky
snlaw@sodomskyandnigrini.com

/s/ Joseph F. Gross, Jr.