## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR108 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KIRK COTTOM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Kirk Cottom (Cottom) (Filing No. 186).  Cottom seeks a continuance of the trial in this matter.  Cottom's counsel represents Cottom will file an affidavit in accordance with paragraph 9 of the progression order whereby Cottom consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act.  Counsel for both sides conferred with Senior Judge Bataillon's chambers with regard to the new trial date and agreed upon the August 3, 2015, setting.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.      Cottom's motion to continue trial (Filing No. 186) is granted.

2.      Trial of this matter is re-scheduled for **August 3, 2015,** before Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 11, 2015, and August 3, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 11th day of March, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge