# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## NOTICE OF APPEAL (Criminal)

| | |
|---|---|
| United States of America, )<br>　　　　　　　　　　　　　　　　) <br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　　vs. )<br>　　　　　　　　　　　　　　　　)<br> Kirk J. Cottom　　　　　　　　, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. ) | 8:15 CR -239<br>　8:13 CR- 108　<br>District Court Case Number |

　　　　Notice is hereby given that  Kirk J. Cottom　　　　　　　　　　　　　　　　

_____ appeals to the United States Court of Appeals for the Eighth

Circuit from the:

　　　☒ Judgment & Commitment

　　　☒ Order (Specify)  Denial of Motion to Suppress (Filing no. 155), Motion in Limine

　　　　 / Daubert Motion (215/216) and Denial of Motion to Withdraw Guilty Plea

entered in this action on (Specify date(s))  December 17, 2015　　　　　　　　


　　　　　　　　　　　　　　　　　　　s/  Joseph L. Howard, #22473　　　　　　
　　　　　　　　　　　　　　　　　　　　Attorney or Pro Se Defendant


### CERTIFICATE OF COMPLIANCE

　　　I hereby certify that:

1.　　I have filed or served copies of this notice of appeal upon the United States District Court and all counsel of record.

2.　　I have completed and attached an Information Sheet to this Notice of Appeal.


  December 23, 2015 　　　　　　　　　s/  Joseph L. Howard　　　　　　　　　
Date　　　　　　　　　　　　　　　　　Attorney or Pro Se Defendant
　　　　　　　　　　　　　　　　　　　Dornan, Lustgarten, & Troia PC LLO
　　　　　　　　　　　　　　　　　　　1403 Farnam Street, Suite 232
　　　　　　　　　　　　　　　　　　　(402) 884-7044
　　　　　　　　　　　　　　　　　　　(402) 884-7045 (fax)
　　　　　　　　　　　　　　　　　　　jhoward@dltlawyers.com

# INFORMATION SHEET - CRIMINAL
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: <u>Defendant awaiting BOP Placement</u>
   <u>Defendant currently in the Cass County Jail</u>

2. Date of Verdict: <u>Not Applicable Entered Plea 8-23-15</u>

   _____ Jury   __x__ Non-Jury   Bail Status _____

   Offenses: <u>Accessing With intent to view Child Pornogrpahy</u>
   <u>Receipt of Child Pornography</u>

   Trial Testimony - Number of Days _____

3. Sentence and Date Imposed: <u>72 months; Supervised release for a term of 6 years. Date imposed 12/17/15. Consecutive Sentences on both Dockets</u>

4. Appealing:   Sentence _____   Conviction _____   Both <u>x& others</u>

   Challenging: _____   Application of Sentencing Guidelines
   _____   Constitutionality of Guidelines
   __x__   Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: _____

   Name, Address, and Phone Number of Court Reporter or Transcriber in Charge of Preparing Transcript: <u>Tiwauna Lawrence</u>

   <u>111 S. 18th Plaza, #3259</u>

   <u>Omaha, NE 68102</u>

6. Trial Counsel was:   __x__ Appointed   _____ Retained

   Does Defendant's financial status warrant appointment of counsel on appeal?   __x__ Yes   _____ No

   Affidavit of Financial Status filed: <u>Yes</u>

   Is there any reason why trial counsel should not be appointed as counsel on appeal? _____ Yes   __x__ No

7. Name and Phone Number of Assistant U.S. Attorney: <u>Mike Norris</u>
   <u>1620 Dodge Street, Suite 1400</u>

   <u>Omaha, NE 68102</u>

2