IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:13CR108 |
| Plaintiff, | |
| vs. | |
| KIRK COTTOM<br>a/k/a the user of IP Address<br>69.207.147.71 on November 19, 2012 | **ORDER** |
| DAVID SMITH<br>a/k/a the user of IP Address<br>24.154.177.245 on November 27,2012 | |
| KEVIN M. PITMAN<br>a/k/a the user of IP Address<br>99.73.230.93 between November 20, 2012,<br>and December 2, 2012 | |
| Defendants. | |

This matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 292). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Dismiss Forfeiture Allegation is hereby sustained.

2. The Forfeiture Allegation of the Second Superseding Indictment is hereby dismissed.

Dated this 3rd day of October, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge