IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KIRK COTTOM,

Defendant.

**8:13CR108; 8:15CR239**

**JUDGMENT**

Pursuant to the Memorandum and Order entered herein, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 31st day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge