IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No: 8:13CR106 |
| --- | --- | --- |
| | ) | 8:13CR107 |
| Plaintiff, | ) | 8:13CR108 |
| | ) | |
| vs. | ) | **ORDER TO WITHDRAW** |
| | ) | **EXHIBITS OR TO SHOW** |
| RUSSELL GLENN PIERCE et.al., | ) | **CAUSE WHY EXHIBITS** |
| JOHN DOE#1, et.al., and | ) | **SHOULD NOT BE DESTROYED** |
| KIRK COTTOM, et.al., | ) | |
| | ) | |
| Defendants. | | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendants shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

exhibit numbers 101-159 from motion to suppress hearing held April 17-18, 2014

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 21st day of May, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge